IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ALICE BERTINI, Individually and as Personal
Representative of the Estate of ALBERT M. BERTINI,

       Plaintiffs,

                                                               C.A. No. 1:17-cv-10700-DJC

v.

GOULDS ELECTRONICS, INC., et al,

       Defendants.

## NOTICE OF RESOLUTION AS TO DEFENDANTS GOULDS ELECTRONICS INC. AND ABB, INC.

PLEASE TAKE NOTICE THAT Plaintiffs' claims against Defendants Goulds Electronics Inc. and ABB, Inc. ("Defendants") have been RESOLVED by the agreement of the parties. The Plaintiff and Defendants jointly request the issuance of a 45-day Order.

DATED:  October 4, 2019

                                            Respectfully submitted,
                                            By plaintiffs' attorneys,

                                            */s/ Brian J. Freer*_____
                                            Brian J. Freer, Esq.
                                            BBO# 683030
                                            THORNTON LAW FIRM, LLP
                                            One Lincoln St., 13th Floor
                                            Boston, MA 02110
                                            (617) 720-1333
                                            bfreer@tenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the ECF system on October 4, 2019 and accordingly will be served electronically upon all registered participants identified on the Notice of Electronic Filing.

    */s/ Brian J. Freer*_____
    Brian J. Freer, Esq.