UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ALICE BERTINI**

**v.**                                    **CIVIL ACTION NO. 17-10700-DJC**

**GOULDS ELECTRONICS, INC.**
**and ABB, INC.**

### SETTLEMENT ORDER OF DISMISSAL

CASPER, D.J.

The Court having been advised by counsel for the parties that the above-entitled defendants have settled;

IT IS HEREBY ORDERED that these defendants are hereby dismissed without costs and without prejudice to the right, upon good cause shown within forty-five (45), to reopen the action against these defendants if settlement is not consummated.

October 7, 2019

/s/ Lisa M. Hourihan
-------------------------
Deputy Clerk